

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-13-00447-CV

| | | |
|---|---|---|
| Joe Reece and/or All Other Occupants | § | From County Court at Law No. 1 |
| v. | § | of Tarrant County (2012-006189-1) |
| U. S. Bank National Association, as Trustee Successor in Interest to Bank of America, National Association as Trustee, as Successor, by Merger to Lasalle Bank National Association, as Trustee For Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2002-2, its Successors and Assigns | §<br><br>§<br><br>§ | February 6, 2014<br><br><br><br>Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM